**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000197
27-JUN-2012
09:12 AM**

NO. CAAP-12-0000197

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAWSON C. MANVILLE, Claimant-Appellant,
v.
DARREN E. MERTZ and SPECIAL COMPENSATION FUND,
Employers-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL APPEALS BOARD
(CASE NO. AB 2012-006(K)
(4-11-00500))

ORDER DISMISSING APPEAL PURSUANT TO HRAP 11(c)(2)
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon review of the record, it appears that:

(1) on March 14, 2012, Claimant-Appellant Dawson Manville (Appellant) filed a notice of appeal, but he did not pay the filing fee; (2) on May 22, 2012, the appellate clerk informed Appellant that the filing fee was not paid and that the record could not be prepared and filed without payment of the filing fee or an order allowing Appellant to proceed in forma pauperis pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 24; (3) the appellate clerk further informed Appellant that the matter would be called to the attention of the court on June 22,

2012 for such action as the court deemed proper pursuant to HRAP Rule 11(c)(2), including dismissal of the appeal; and (4) thereafter, Appellant did not pay the filing fee or submit a motion to proceed in forma pauperis. Therefore,

IT IS HEREBY ORDERED that this appeal is dismissed.

DATED: Honolulu, Hawai'i, June 27, 2012.

Chief Judge

Associate Judge

Associate Judge